AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

KHALID MAHMOOD

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005-MJ-0475-RBC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___March 4, 2004___ in ___Suffolk___ county, in the ___District of___ ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

falsely and willfully represented himself to be a citizen of the United States and used and attempted to use a certificate of naturalization and other documentary evidence of naturalization and citizenship, or a duplicate of copy thereof, knowing the same to have been procured by fraud and false evidence and otherwise unlawfully obtained

in violation of Title ___18___ United States Code, Section(s) ___911 and 1015(c)___.

I further state that I am a(n) ___Special Agent___ and that this complaint is based on the following
_Official Title_

facts:

See attached affidavit and exhibits

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

09-12-2005 at 4:40 pm      at      Boston, MA
Date                                            City and State

Robert B. Collings
U.S. Magistrate Judge

_____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 8/29/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II _____   **Investigating Agency** ICE _____

**City** Boston _____   **Related Case Information:**

**County** Suffolk _____   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name  KHALID MAHMOUD _____   Juvenile  ☐ Yes  [x] No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race: W _____  Nationality: Pakistani

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Nadine Pellegrini _____   Bar Number if applicable _____

Interpreter:  ☐ Yes  [x] No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  [x] No

[x] Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  [x] Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   [x] Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/12/05          Signature of AUSA: _____

AJS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   **KHALID MAHMOUD**  _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 911 | False claim to U.S. citizenship | _____ |
| Set 2  18 U.S.C. 1015(c) | Use of fraudulently obtained naturalization | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

ADDITIONAL INFORMATION: