**AFFIDAVIT OF MELVIN GRAHAM**

I, Melvin Graham, being duly sworn, depose and state as
follows:

1. I am a Senior Special Agent with United States
Immigration and Customs Enforcement ("ICE") and have been
employed as such since June of 1988. My duties include the
detection and apprehension of aliens who are in the United States
unlawfully. This includes investigations involving persons who
have illegally entered and are illegally present in the United
States and also includes the detection of fraudulent United
States identification documents.

2. I am aware that Title 18, United States Code, Section
911 (False Claim to Citizenship) provides that it is unlawful for
anyone to falsely and willfully represent himself to be a citizen
of the United States. I am also aware that Title 18, United
States Code, Section 1015(c) provides that it is unlawful for a
person to use or attempt to use a certification of naturalization
and other documentary evidence of naturalization and/or
citizenship knowing the same to have been procured by fraud or
false evidence or otherwise unlawfully obtained.

3. I base this affidavit upon my experience, training, and
personal knowledge in discussions and events as described below.
I have not included each and every fact known to me concerning
this investigation but only that sufficient to provide probable
cause to support an application for a criminal complaint charging

**KHALID MAHMOOD**, ("MAHMOOD"), **DOB 12/16/62** with violations of 18 U.S.C. §911 and 19 U.S.C. §1025(c).

*INVESTIGATION*

4. On or about March 10, 2004, an Application for Replacement of a Naturalization/Citizenship Document ("Application") was received at the ICE offices in Boston, MA. The Application, a copy of which is attached as Exhibit A, was submitted under the name of Khalid MAHMOOD.[1]  MAHMOOD, who was born in Pakistan, claimed that his prior certificate was "lost in the Pakistan American Embassy." MAHMOOD also checked the box for Part 4 of the Application which is to be completed if applying for a new document because of a name change.[2]

5. In support of his application, MAHMOOD supplied a letter ("the Letter") dated November 2, 1992 from the United States District Court Clerk's Office, Eastern District of New York. A copy of the letter is attached as Exhibit B.  The Letter claims that Khalid Mahmood was naturalized on February 21, 1992 and was issued a certificate of Naturalization.  Among the identifying information provided on the Letter was an Alien Registration

---

[1]The application lists Khalid as the family name and Mahmood as the given name.  However, the application is signed "Khalid Mahmood".

[2]Although the application does not list the name change, the certificate of marriage, attached as Exhibit C, then lists MAHMOOD's surname as Chaudhry. The date of the marriage is listed as February 14, 2004.

2

number of A38090343, purportedly that of MAHMOOD. The Letter is signed by a Deputy Clerk and lists a phone number of 718-330-2107.[3]

6.   A review of ICE indices indicates that Alien Registration Number A38090343 listed on the Letter is not, in fact, assigned to MAHMOOD. Instead, that number is registered to a Chinese national who became a citizen on May 10, 1989 and was issued Naturalization Certificate Number 13742308.[4]   A further review of the ICE indices indicates that there does not appear to be any Alien Registration number or file assigned to MAHMOOD.

7.   The Letter also contains a Naturalization number; Number 14901528. I have checked with ICE's Citizenship and Naturalization Services and I am informed that Naturalization Number 14901528 does not exist.

CONCLUSION

Based upon the foregoing, I submit that there is probable cause to believe that, beginning on or about March 4, 2004 and

---

[3]This phone number is actually for the offices of the National Labor Relations Board.

[4]Despite allegedly being a United States citizen for more an a decade and being employed in the United States since that time, on February 9, 2004, MAHMOOD applied for a Social Security Account Number card at the Hyannis, Massachusetts District Office for the Social Security Administration ("SSA"). In support of this request, MAHMOOD presented the same Letter, along with a United States passport obtained in 1993. SSA officials did not issue the card because the Alien Registration Number on the Letter did not belong to MAHMOOD.

continuing until the present, KHALID MAHMOUD (1) has falsely and willfully represented himself to be a citizen of the United States in violation of 18 U.S.C. §911 and (2) used and attempted to use a certificate of naturalization and other documentary evidence of naturalization and citizenship, or a duplicate of copy thereof, knowing the same to have been procured by fraud and false evidence and otherwise unlawfully obtained in violation of 18 U.S.C. §1015(c).

Melvin Graham
Special Agent
United States Immigration
and Customs Enforcement

**SEP 1 2 2005**

Subscribed and sworn to before me this _____ day of September, 2005

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

4

OMB # 1115-0015

**U.S. Department of Justice**
Immigration and Naturalization Service

# Application for Replacement Naturalization/Citizenship Document

## START HERE - Please type or print

### Part 1. Information about you.

| Family Name | KHALID | Given Name | MAHMOOD | Middle Name | ——— |
|---|---|---|---|---|---|

Address - In care of: 800 BEARSES WAY

| Street # and Name | 800 BEARSES WAY | Apt # | 2NB |
|---|---|---|---|

| City or town | HYANNIS | State or Province | MA |
|---|---|---|---|

| Country | BARNSTABLE | Zip or Postal Code | 02601 |
|---|---|---|---|

| Date of Birth (Month/Day/Year) | 12-26-62 | Country of Birth | PAKISTAN |
|---|---|---|---|

| Certificate # | | A # | |
|---|---|---|---|

### Part 2. Type of application.

**1. I hereby apply for: (check one)**

a. ☑ a new Certificate of Citizenship
b. ☐ a new Certificate of Naturalization
c. ☐ a new Certificate of Repatriation
d. ☐ a new Declaration of Intention
e. ☐ a special Certificate of Naturalization to obtain recognition of my U.S. citizenship by a foreign country

**2. Basis for application: (If you checked other than "e" in Part 1, check one)**

a. ☑ my certificate is/was lost, stolen or destroyed (attach a copy of the certificate if you have one). Explain when, where and how.

LOST IN THE PAKISTAN AMERICANAN EMBASSEY

b. ☐ my certificate is mutilated (attach the certificate)
c. ☐ my name has been changed (attach the certificate)
d. ☐ my certificate or declaration is incorrect (attach the documents)

### Part 3. Processing information.

| SEX | ☑ Male ☐ Female | Height 5-9 | Marital Status | ☐ Single ☑ Married | ☐ Widowed ☐ Divorced |
|---|---|---|---|---|---|

My last certificate or declaration of Intention was issued to me by:

INS Office or Name of court: IN    Date NOV-2-1992 (Month/Day/Year)

Name in which the document was issued: U-S DISTRICT-COURT NEW YORK

KHALID MAHMOOD

Other names I have used (if none, so indicate): NONE

Since becoming a citizen, have you lost your citizenship in any manner?
☑ No    ☐ Yes (attach an explanation)

### Part 4. Complete if applying for a new document because of name change.

Name changed to present name by: (check one)

☑ Marriage or Divorce on (month/day/year) 2-14-04 (attach a copy of marriage or divorce certificate)

☐ Court Decree (month/day/year) _____ (attach a copy of the court decree)

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

2004 MAR 10
DOJ INS DIR
RECEIVED
AM 11 33

☐ Applicant Interviewed

☐ Declaration of Intention verified by

☐ Citizenship verified by

Remarks

**Action Block**

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 5.  Complete if applying to correct your document.

If you are applying for a new certificate or declaration of intention because your current one is incorrect, explain why it is incorrect and attach copies of the documents supporting your request.

## Part 6.  Complete if applying for a special certificate of recognition as a citizen of the U.S. by the Government of the foreign country.

Name of Foreign Country _____

Information about official of the country who has requested this certificate (if known)

| Name | Official Title |
|---|---|

Government Agency

| Address: Street # and Name | | Room # |
|---|---|---|
| City | State Province | |
| Country | | Zip Postal Code |

## Part 7.  Signature. *Read the information on penalties in the instructions before completing this part. If you are going to file this application at an INS office in the U.S., sign below. If you are going to file it at a U.S. INS office overseas, sign in front of a U.S. INS or Consular Official.*

I certify, or if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature *Michael Mahmood* | Date 2-25-04 |
|---|---|
| Print Name | |
| Signature of INS or Consular Official | Date |

*Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for a certificate and this application may be denied.*

## Part 8.  Signature of person preparing form, if other than above. (sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|---|---|---|
| Firm Name and Address | | |

Government Printing Office: 2002 — 472-974/40015

Form N-565 (Rev. 12/04/01)Y Page 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
CLERK

JAMES GIOKAS
CHIEF DEPUTY

PLEASE REPLY TO:

☒ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☐ UNIONDALE OFFICE
UNIONDALE AVE AT
HEMPSTEAD TURNPIKE
UNIONDALE, NEW YORK 11553

☐ HAUPPAUGE OFFICE
300 RABRO DRIVE
HAUPPAUGE, NEW YORK 11788

Date: NOVEMBER 2, 1992

To Whom It May Concern:

Our records show that _____ KHALID MAHMOOD _____,
born on __ DECEMBER 26, 1962 __, was naturalized in this Court
on __ FEBRUARY 21, 1992 __ and issued a Certificate of
Naturalization.

Naturalization number: __ 14901528 __

Petition number: __ 1133545 __

Alien Registration number: __ A38090343 __

Very truly yours,

Robert C. Heinemann
Clerk of Court

By: _Sandra Lee_
Deputy Clerk
718-330-2107

Photo identification is required when presenting this letter to
Passport Services.



# The Commonwealth of Massachusetts
**DEPARTMENT OF PUBLIC HEALTH**
**REGISTRY OF VITAL RECORDS AND STATISTICS**
## CERTIFICATE OF MARRIAGE

(State file number)

BARNSTABLE
(City or town making return)

Registered No. 021

| | |
|---|---|
| 1 Place of Marriage | |
| City or Town **BARNSTABLE** | 2 Date of Marriage **Feb. 14 2004** Intention No. **16** |
| (Do not enter name of village or section of city or town) | (Month) (Day) (Year) |

| 3 FULL NAME GROOM | 12 FULL NAME BRIDE |
|---|---|
| KHALID MAHMOOD | MICHELLE DAWN BURKE |
| 3A SURNAME AFTER MARRIAGE CHAUDHRY | 12A SURNAME AFTER MARRIAGE CHAUDHRY |
| 4 DATE OF BIRTH DECEMBER 26, 1962 | 5 OCCUPATION ATTENDANT | 13 DATE OF BIRTH DECEMBER 2, 1969 | 14 OCCUPATION HAIR DESIGNER |
| 6 RESIDENCE NO. & ST. 800 BEARSES WAY | 15 RESIDENCE NO. & ST. 57 WOODLAND AVENUE |
| CITY/TOWN BARNSTABLE ST. MA ZIP CODE 02601 | CITY/TOWN BARNSTABLE ST. MA ZIP CODE 02601 |
| 7 NUMBER OF MARRIAGE (1st, 2nd, 3rd, etc.) 2nd | 8 WIDOWED OR DIVORCED DIV. | 16 NUMBER OF MARRIAGE (1st, 2nd, 3rd, etc.) 2nd | 17 WIDOWED OR DIVORCED DIV. |
| 9 BIRTHPLACE FAISELABAD PAKISTAN | 18 BIRTHPLACE BEVERLY MA |
| (City or town) (State or country) | (City or town) (State or country) |
| 10 MAIDEN NAME OF MOTHER CALSOOM AKHTER | 19 MAIDEN NAME OF MOTHER DEBORAH ANNE LEWIS |
| 11 NAME OF FATHER KUSHI MUHAMMED | 20 NAME OF FATHER BRUCE EDWARD KIMBALL |

21 THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Community of BARNSTABLE according to law, this 2nd day of FEBRUARY 20 04

☐ COURT WAIVER Issued Fᴏʟ 3 2ᴏ by _____ (Name of Community) (City or Town Clerk or Registrar)
☐ AGE ORDER (Month) (Day) (Year)

22 I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at No. 57 Woodland Ave St. (If marriage was solemnized in a church, give its NAME instead of street and number)

Barnstable (Name of city or town) on Feb 14 2004 (Month) (Day) (Year)

Signature _____ Steve B Johnson (Print or type name) Minister of The Gospel (Member of the Clergy, Priest, Rabbi, Imam, or Justice of the Peace, etc.)

Address 14 Tiller Dr East Falmouth, MA

23 Certificate recorded by city or town clerk Feb. 23 2004 (Month) (Day) (Year) CLERK OR REGISTRAR

undersigned, hereby certify that I am the Town Clerk of the Town of Barnstable; that as such, I have custody of the records of births, marriages and ...s, required by law to be kept in my office: and I do hereby certify that the above is a true copy from said records
...NESS: My hand and the SEAL OF THE TOWN OF BARNSTABLE
RUE COPY ATTEST. at Barnstable, Massachusetts

Linda E. Hutchenrider, Town Clerk, Barnstable

...s attestation is not in red, this document has been illegally copied - do not accept it).

**JS 45 (5/97) - (Revised USAO MA 8/29/05)**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** ICE _____

**City** Boston _____    **Related Case Information:**

**County** Suffolk _____    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

**Defendant Name** KHALID MAHMOUD _____    Juvenile    ☐ Yes    ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** _____ **SSN (last 4 #):** _____ **Sex** M **Race:** W _____ **Nationality:** Pakistani _____

**Defense Counsel if known:** _____    **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Nadine Pellegrini _____    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ on _____

**Charging Document:** ☒ **Complaint** ☐ **Information** ☐ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** 2 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 9/12/05    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **KHALID MAHMOUD** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  **18 U.S.C. 911** | **False claim to U.S. citizenship** | |
| Set 2  **18 U.S.C. 1015(c)** | **Use of fraudulently obtained naturalization** | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**